| | |
|---|---|
| 1<br>2<br>3<br>4 | FRIEDMAN DUMAS & SPRINGWATER LLP<br>CECILY A. DUMAS (S.B. NO. 111449)<br>STEFANIE ELKINS (S.B. NO. 249839)<br>150 Spear Street, Suite 1600<br>San Francisco, CA 94105<br>Telephone Number: (415) 834-3800<br>Facsimile Number: (415) 834-1044 |
| 5<br>6 | Attorneys for Plaintiff R. Todd Neilson,<br>Chapter 11 Trustee |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC.,<br><br>Debtor. | Case No. 08-52709 MM<br><br>Chapter 11<br><br>Adv. Proc. No. 08-05309 |
| MELINDA MOORE, GARDEN OF MEMORIES MEMORIAL PARK, JAMES R. THORSEN, and DOUGLAS N. FORZANI, on behalf of themselves and others commonly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ALLIANCE ADVISORS, INC., LOANCARE, an entity of unknown origin, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC, and DENNIS R. KONCZAL,<br><br>Defendants. | **DECLARATION OF CECILY DUMAS IN SUPPORT OF THE CHAPTER 11 TRUSTEE'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING INTERVENTION AS PLAINTIFF**<br><br>Date: January 16, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>       280 South First Street<br>       San Jose, CA 95113<br><br>Judge: Hon. Marilyn Morgan |

I, Cecily A. Dumas, declare as follows:

1. I am a partner with the law firm of Friedman Dumas & Springwater LLP, counsel for R. Todd Neilson, the chapter 11 trustee ("Trustee") in the Chapter 11 case of Cedar Funding, Inc. ("Debtor"), and am admitted to practice before the courts of the State of California and this Court. I have personal knowledge of the facts stated in this declaration, except to those matters stated on information and belief, as to those matters, I believe them to be true. If called to testify, I could and would competently testify thereto.

2. This declaration is filed in support of the Trustee's Motion For Entry Of An Order Authorizing Intervention as Plaintiff (the "Motion") in the above-captioned adversary proceeding.

3. I have spoken with Plaintiffs' counsel regarding the Trustee's proposed intervention as a plaintiff in this adversary proceeding. Plaintiffs' counsel indicated that Plaintiffs do not object to the Trustee's intervention and they do not oppose the Motion.

4. I am informed and believe that as of today's date, none of the Defendants have entered an appearance or disclosed their counsel of record in this matter.

5. Once Defendants' counsel is identified, we will contact counsel to inquire whether or not Defendants oppose the Motion.

6. If the Trustee learns that all parties are agreeable to the Trustee's intervention, we will circulate a stipulation for counsels' signatures, file the stipulation and a proposed order thereon with the court, and we will take the Motion off-calendar at that time.

7. Attached hereto as Exhibit A is a copy of the proposed stipulation among the parties agreeing to the Trustee's intervention as a plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on November 25, 2008.

*/s/ Cecily A. Dumas*
Cecily A. Dumas

Case: 08-05309    Doc# 8-1    Filed: 11/25/08    Entered: 11/25/08 13:23:29    Page 2 of 5

| | |
|---|---|
| 1 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| | CECILY A. DUMAS (S.B. NO. 111449) |
| 2 | STEFANIE ELKINS (S.B. NO. 249839) |
| | 150 Spear Street, Suite 1600 |
| 3 | San Francisco, CA 94105 |
| | Telephone Number:  (415) 834-3800 |
| 4 | Facsimile Number:  (415) 834-1044 |
| 5 | Attorneys for R. Todd Neilson, |
| | Chapter 11 Trustee |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-52709 MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | Adv. Proc. No. 08-05309 |
| | |
| MELINDA MOORE, GARDEN OF MEMORIES MEMORIAL PARK, JAMES R. THORSEN, and DOUGLAS N. FORZANI, on behalf of themselves and others commonly situated, | **STIPULATION TO PERMIT THE CHAPTER 11 TRUSTEE TO INTERVENE AS PLAINTIFF** |
| | Judge:  Hon. Marilyn Morgan |
| Plaintiffs, | |
| v. | |
| CAPITAL ALLIANCE ADVISORS, INC., LOANCARE, an entity of unknown origin, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC, and DENNIS R. KONCZAL, | |
| Defendants. | |

# EXHIBIT A

## RECITALS

WHEREAS, R. Todd Neilson is the duly-appointed Chapter 11 Trustee (the "Trustee") in the Cedar Funding, Inc. bankruptcy case, pursuant to an order entered by the court on June 17, 2008;

WHEREAS, on November 4, 2008, Plaintiffs filed the Complaint in the above-captioned Adversary Proceeding (the "Adversary Proceeding") against Defendants;

WHEREAS, the court has scheduled its initial status conference in the Adversary Proceeding for 10:30 a.m. on February 10, 2009;

WHEREAS, on November 25, 2008, the Trustee filed his Motion for Entry of an Order Authorizing Intervention as Plaintiff in the Adversary Proceeding seeking authority to intervene in the Adversary Proceeding as a plaintiff; and

WHEREAS, the Trustee, Plaintiffs and Defendants have agreed that the Trustee may intervene in the Adversary Proceeding subject to the terms and conditions of this Stipulation.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND CONFIRMED by the undersigned parties that:

1. The Trustee shall be permitted to intervene as a plaintiff in the Adversary Proceeding.

2. This Stipulation is subject to approval by an order of this Court.

WHEREFORE, the parties hereto respectfully request that this Court enter an order approving this Stipulation.

Dated: November ___, 2008      LAW OFFICES OF LARRY J. LICHTENEGGER

By: _____
Larry J. Lichtenegger
Attorneys for Plaintiffs

| | |
|---|---|
| | [_____] |
| | By: _____ |
| | [_____] |
| | Attorneys for Defendants |
| Dated: November ___, 2008 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| | By: _____ |
| | Cecily A. Dumas |
| | Attorneys for Chapter 11 Trustee |