FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
GAIL GREENWOOD (S.B. NO. 169939)
STEFANIE ELKINS (S.B. NO. 249839)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for R. Todd Neilson,
Chapter 11 Trustee and Plaintiff in Intervention

The following constitutes
the order of the court. Signed January 20, 2009

_____
Marilyn Morgan
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 08-52709 MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | Adv. Proc. No. 08-05309 |
| MELINDA MOORE, GARDEN OF MEMORIES MEMORIAL PARK, JAMES R. THORSEN, and DOUGLAS N. FORZANI, on behalf of themselves and others commonly situated, | **ORDER APPROVING CHAPTER 11 TRUSTEE'S MOTION TO INTERVENE AS PLAINTIFF**<br><br>Date: January 16, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 3070<br>280 South First Street<br>San Jose, CA 95113 |
| Plaintiffs, | |
| v. | Judge: Hon. Marilyn Morgan |
| CAPITAL ALLIANCE ADVISORS, INC., LOANCARE, an entity of unknown origin, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CAPITAL ALLIANCE INSTITUTIONAL MORTGAGE FUND, LLC, formerly known as CALLIANCE REALTY FUND, LLC, and DENNIS R. KONCZAL, | |
| Defendants. | |

The Motion of the Chapter 11 Trustee for Entry of an Order Authorizing Intervention as Plaintiff ("Motion") [Docket No. 8] filed by R. Todd Neilson, Chapter 11 Trustee of Cedar Funding, Inc. (the "Trustee") in the above captioned adversary proceeding came on for hearing before this Court at 11:00 a.m. on January 16, 2009. Stefanie Elkins, Esq. of Friedman Dumas & Springwater LLP appeared on behalf of the Trustee. There were no other appearances.

The Court, having considered the Motion, declaration of Cecily A. Dumas in support thereof, there being no opposition to the Motion; the Court having found common questions of law and fact, the Motion being timely as the adversary proceeding is at its earliest stages, no undue delay on the part of the Trustee, that notice was proper under the circumstances, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

(1) The motion is granted; and

(2) The Trustee shall be permitted to intervene as a Plaintiff in the Adversary Proceeding, to participate in all matters of the Adversary Proceeding as if it were an original party.

**\*\*\*END OF ORDER\*\*\***

{00396510.DOC v 1}   2   ORDER APPROVING TRUSTEE TO INTERVENE AS PLAINTIFF
Case: 08-05309   Doc# 16   Filed: 01/20/09   Entered: 01/20/09 17:50:48   Page 2 of 3

## COURT SERVICE LIST

Counsel for OCC
Aron M. Oliner, Esq.
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2000
San Francisco, CA 94105

Attorneys for Plaintiffs
Lawrence J. Lichtenegger, Esq.
Vincent C. Catania, Esq.
3850 Rio Road, #58
Carmel, CA 93923

Attorneys for Plaintiff in Intervention
Cecily Dumas
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Attorneys for Defendants
Brian C. Pedersen
Flynn/Williams LLP
1010 B. Street, Suite 200
San Rafael, CA 94901

Attorneys for Defendants
James A. Tiemstra
The Law Offices of James A. Tiemstra
409 Thirteenth Street, 15th Floor
Oakland, CA 94612-2605