FRIEDMAN DUMAS & SPRINGWATER LLP
CECILY A. DUMAS (S.B. NO. 111449)
STEFANIE ELKINS (S.B. NO. 249839)
150 Spear Street, Suite 1600
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for R. Todd Neilson,
Chapter 11 Trustee, Plaintiff in Intervention

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>CEDAR FUNDING, INC.,<br><br>Debtor. | Case No. 08-52709 MM<br><br>Chapter 11<br><br>Adv. Proc. No. 08-05309 MM |
| MELINDA MOORE, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL ALLIANCE ADVISORS, *et al.*,<br><br>Defendants. | **PLAINTIFFS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: April 14, 2009<br>Time: 10:30 a.m.<br>Place: Courtroom 3070<br>280 South First Street<br>San Jose, California 95113<br><br>Judge: Hon. Marilyn Morgan |

Plaintiffs, Melinda Moore *et al.*, and Plaintiff in Intervention R. Todd Neilson, Chapter 11 Trustee for Cedar Funding, Inc. (collectively the "Plaintiffs") hereby submit the following Joint Case Management Conference Statement.

    A.    **Pre-conference Date and Time.**

The parties have had preconference discussions regarding this matter and the companion case *Weingarten v. Capital Alliance*, Adversary No. 08-05295 MM, which is also set for a status conference before this Court at the same time. The issues in each case are similar.

    B.    **Summary of Legal Theories.**

By this lawsuit, Plaintiffs seek to declare void a subordination agreement executed by the Debtor in favor of Defendant on real property known as Mercy Springs Road in Los Banos, California (the "Property"). On or about April 24, 2006, the Debtor received a Note and Deed of Trust for $6,500,000 from Mercy Springs Road, Inc., the owner of the Property. Debtor sold interests in the Note to plaintiffs Melinda Moore *et al*. Mercy Springs subsequently executed a Note and Deed to Trust in favor of Defendant for $2,000,000, which was recorded on September 7, 2006. At the same time Debtor executed and recorded a subordination agreement in the amount of $2,000,000 in favor of Defendant. Plaintiffs contend that Defendant had constructive knowledge at the time of execution of the Subordination Agreement of the plaintiff Melinda Moore *et al.*'s fractionalized interests in the Property and thereby took the property subject to those interests. Plaintiffs assert that Defendant is not a bona fide purchaser.

Defendant disputes the allegations of the complaint. Defendant believes it properly relied on the recorded title documents and was not under any further duty to investigate.

This action also is affected by the outcome of *Rollins v. Neilson*, AVP No. 08-05155 MM, an action seeking to establish the existence of an equitable lien notwithstanding transfer of legal title during the preference period, as far as determining the ongoing interests of the Trustee and the other plaintiffs in this adversary proceeding.

C. **Positions Regarding Bankruptcy Rules 7008 and 7012.**

The plaintiffs contend that this adversary proceeding is a core proceeding as to which the Bankruptcy Court can enter final orders.

D. **Proposed Discovery and Pre-trial Motion Scheduling.**

The parties believe that discovery is appropriate and will require at least six months to complete. The parties anticipate serving written discovery on Defendants, including document requests, interrogatories and admissions. The parties expect to identify third party sources of additional information that may require subpoenas for depositions and

2  Plaintiffs' Joint Case Management Conference Statement

{00431091.DOC v 1}

1  documents.  Pending receipt of discovery responses, the parties believe that some claims may
2  be resolved by pre-trial motion.

3       E. **Estimated Time for Trial and Trial Date.** Unknown at this time.

4       F. **Alternative Dispute Resolution.** The Trustee is open to pursuing
5  alternative dispute resolution.

6       G. **Corporate Ownership.** Not applicable.

Dated: April 7, 2009

By: */s/ Larry J. Lichtenegger*
    Larry J. Lichtenegger (S.B. No. 048206)
    Attorneys for Plaintiffs
    Bruce Weingarten, *et al.*

Dated: April 7, 2009     FRIEDMAN DUMAS & SPRINGWATER LLP

By: */s/ Cecily A. Dumas*
    Cecily A. Dumas (S.B. No. 111449)
    Attorneys for Defendant
    R. Todd Neilson, Chapter 11 Trustee