Entered on Docket
December 22, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 22, 2009

Marilyn Morgan
U.S. Bankruptcy Judge

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendant Capital Alliance Institutional Mortgage Fund, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 08-52709--MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | |
| MELINDA MOORE, et al., | A.P. No. 08-5309-MM |
| Plaintiffs, | |
| vs. | |
| CAPITAL ALLIANCE ADVISORS, INC., et al., | |
| Defendants. | |

**ORDER GRANTING DEFENDANT CAPITAL ALLIANCE
INSTITUTIONAL MORTGAGE FUND, LLC'S MOTION FOR
SUMMARY JUDGMENT AND FOR EXPUNGEMENT OF LIS PENDENS**

The Motion for Summary Judgment and For Expungement of Lis Pendens (the "Motion") filed herein on October 15, 2009 by defendant Capital Alliance Institutional Mortgage, Fund, LLC ("Defendant") came on for regularly for hearing on November 12 and December 9, 2009 before the undersigned bankruptcy judge, following due and adequate notice. Opposition ("Opposition") to the Motion was filed by Plaintiff-in-Intervention R. Todd Nielson ("Trustee"), Chapter 11 Trustee of Cedar

-1-

Funding, Inc., the debtor herein ("Debtor"). No timely opposition to the Motion was filed by plaintiffs Melinda Moore, James Thorsen, Garden of Memories Memorial Park and Douglas Forzani ("Plaintiffs") although Plaintiffs filed a Notice of Joinder in the Trustee's Opposition on November 2, 2009. Appearances were made as noted in the record of this Court. Based upon the pleadings filed in support of and in opposition to the Motion, the evidence presented, the record of this Court, and the arguments of counsel, and for the reasons stated by the Court at the December 9, 2009 hearing on the Motion, which statements shall constitute the Court's findings of fact and conclusions of law pursuant to Fed. R. Bankr. Proc. 7052(a), and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Motion is hereby GRANTED.

2. All Lis Pendens in favor of Plaintiffs or Plaintiff-in-Intervention are hereby expunged, including the following recording, from the Official Records of Merced County, California:

    a. Notice of Pendency of Action recorded on November 5, 2008 as instrument no. 2008-058346; and

    b. Notice of Pending Action recorded on July 16, 2009 as instrument no. 2009-035273.

* * * * END OF ORDER * * * *

**COURT SERVICE LIST**

Dennis D. Davis, Esq.
Katherine D. Ray, Esq.
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Larry J. Lichtenegger, Esq.
Law Offices of Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

10487/123784.DOC