GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendant Capital Alliance Institutional Mortgage Fund, LLC

Entered on Docket
December 22, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed December 22, 2009

Marilyn Morgan
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 08-52709--MM |
| CEDAR FUNDING, INC., | Chapter 11 |
| Debtor. | |
| MELINDA MOORE, et al., | A.P. No. 08-5309-MM |
| Plaintiffs, | |
| vs. | |
| CAPITAL ALLIANCE ADVISORS, INC., et al., | |
| Defendants. | |

### **JUDGMENT**

Based upon the entry of the Order Granting Defendant's Motion for Summary Judgment and For Expungement of Lis Pendens herein,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs Melinda Moore, James Thorsen, Garden of Memories Memorial Park and Douglas Forzani (collectively, "Plaintiffs"), and Plaintiff-in-Intervention R. Todd Nielson, Chapter 7

JUDGMENT
10487/123785.DOC

Trustee of the estate of Cedar Funding, Inc. ("Plaintiff-in-Intervention"), shall each take nothing by way of the complaint and complaint-in-intervention herein.

    2.    All Lis Pendens in favor of Plaintiffs or Plaintiff-in-Intervention are hereby expunged, including the following recordings, from the Official Records of Merced County, California:

    a.    Notice of Pendency of Action recorded on November 5, 2008 as instrument no. 2008-058346; and

    b.    Notice of Pending Action recorded on July 16, 2009 as instrument no. 2009-035273.

    3.    Defendant Capital Alliance Institutional Mortgage Fund, LLP is hereby awarded its costs against Plaintiffs and Plaintiff-in-Intervention, and each of them.

END OF ORDER

# COURT SERVICE LIST

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Larry J. Lichtenegger, Esq.
Law Offices of Larry J. Lichtenegger
3850 Rio road, #58
Carmel, CA  93923