GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendant Capital Alliance Institutional
Mortgage Fund, LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br>CEDAR FUNDING, INC.,<br>   Debtor. | Case No. 08-52709--MM<br>Chapter 11 |
| MELINDA MOORE, et al.,<br>   Plaintiffs,<br>vs.<br>CAPITAL ALLIANCE ADVISORS, INC., et al.,<br>   Defendants. | A.P. No. 08-5309-MM<br><br>Date: February 25, 2010<br>Time: 1:00 p.m.<br>Place: Courtroom 3070<br>280 South First Street<br>San Jose, CA<br>Judge: Hon. Marilyn Morgan |

**NOTICE OF HEARING ON DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

**TO PLAINTIFFS AND PLAINTIFF-IN-INTEVENTION THROUGH THEIR RESPECTIVE COUNSEL OF RECORD:**

   **NOTICE IS HEREBY GIVEN** that Defendant Capital Alliance Institutional Mortgage Fund, LLC ("Defendant") has filed Defendant's Motion for Attorneys' Fees ("Motion"), a copy of which is served on you concurrently herewith, seeking recovery of its reasonable attorneys' fees and

costs in the total amount of $97,332.21, as the prevailing party in this adversary proceeding. The Motion is supported by this Notice, the supporting Memorandum of Points and Authorities and Declaration of Dennis D. Davis, copies of which are served concurrently with this Notice and Motion, and the record of this Court.

**FURTHER NOTICE IS HEREBY GIVEN** that a hearing on the Motion will be held on February 25, 2010 at 1:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Marilyn Morgan, United States Bankruptcy Judge, in Courtroom No. 3070, 280 South First Street, San Jose, California.

**FURTHER NOTICE IS HEREBY GIVEN** that, pursuant to Local Rule 7007-1(b), any opposition to the Motion must be filed and served no later than 14 days prior to the scheduled hearing date referred to above.

Dated: January 5, 2010

        GOLDBERG, STINNETT, DAVIS & LINCHEY
        A Professional Corporation

        By:    /s/ Dennis D. Davis
                Attorneys for Defendant, Capital Alliance
                Institutional Mortgage Fund, LLC