

1  GOLDBERG, STINNETT, DAVIS & LINCHEY
   A Professional Corporation
2  DENNIS D. DAVIS, ESQ. CA Bar #070591
   KATHERINE D. RAY, ESQ. CA Bar #121002
3  44 Montgomery Street, Suite 2900
   San Francisco, CA  94104
4  Telephone: (415) 362-5045
   Facsimile:  (415) 362-2392
5  Email:  kray@gsdllaw.com

6  Attorneys for Defendant, Capital Alliance
   Institutional Mortgage Fund, LLC

**The following constitutes**
**the order of the court. Signed March 29, 2010**

**Marilyn Morgan**
**U.S. Bankruptcy Judge**

_____

7

8

9              IN THE UNITED STATES BANKRUPTCY COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13  In re:                              Case No. 08-52709--MM

14  CEDAR FUNDING, INC.,                Chapter 11

15          Debtor.

16  _____

17  MELINDA MOORE, et al.,              A.P. No. 08-5309-MM

18          Plaintiffs,
                                        Date:   March 11, 2010
19  vs.                                 Time:   1:00 p.m.
                                        Place:  Courtroom 3070
20  CAPITAL ALLIANCE ADVISORS, INC., et al.,    280 South First Street
                                                San Jose, CA
21          Defendants.                 Judge:  Hon. Marilyn Morgan

22

23      **ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES**

24          Defendant's Motion For Attorneys' Fees ("Motion") filed by defendant Capital Alliance

25  Institutional Mortgage Fund, LLC ("Defendant"), came on for hearing on March 11, 2010 before the

26  Honorable Marilyn Morgan, United States Bankruptcy Judge.  Appearances were made as noted in the

27  record of this Court.  The Court having considered the Motion and pleadings filed in support thereof, the

28

                                        -1-

10487/124957.DOC

opposition filed by Plaintiff-in-Intervention R. Todd Nielson, Trustee ("Trustee") of the chapter 11 estate of Cedar Funding, Inc., the opposition joinder filed by Plaintiffs Melinda Moore, James Thorsen, Douglas Forzani and Garden of Memories Memorial Park ("Plaintiffs") and argument of counsel, and for the reasons stated by the Court, which shall serve as the Court's findings of fact and conclusions of law, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1.    The Motion is hereby GRANTED in accordance with the terms of this Order.

2.    Defendant is hereby awarded attorneys' fees in the total amount of $50,625.00.

**END OF ORDER**

10487/124957.DOC

-2-

# **COURT SERVICE LIST**

Cecily A. Dumas, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Larry J. Lichtenegger, Esq.
Law Offices of Larry J. Lichtenegger
3850 Rio road, #58
Carmel, CA  93923