B 263
9/94

# United States Bankruptcy Court
# For the Northern District of California

In re:

**CEDAR FUNDING, INC.,**

             Debtor.

**MELINDA MOORE, et al.,**

             Plaintiffs,

**CAPITAL ALLIANCE ADVISORS, INC., et al.,**

             Defendants.

Case No. 08-52709--MM

Chapter 11

A.P. No. 08-5309-MM

**FILED**

APR 0 9 2010

United States Bankruptcy Court
San Jose, California
CLERK

## AMENDED BILL OF COSTS

Notice is given that the following Bill of Costs will be presented to the bankruptcy clerk at the following place and time:

| Address | Room |
|---|---|
| **United States Bankruptcy Court** | |
| **San Jose Division** | Date and Time |
| **280 South First Street** | |
| **Third Floor, Room 3035** | |
| **San Jose, CA 95113** | |

Judgment was entered in the above entitled action on _____**December 22, 2009**_____ against _____**Melinda Moore, James Thorsen, Garden of Memories Memorial Park, Douglas Forzani and R. Todd Neilson, Trustee**_____

The clerk of the bankruptcy court is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the clerk ................................................................................................................... | $ |
| Fees for service of summons and complaint ......................................................................... | $ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case ................................................................................................................................................. | $ |
| Fees and disbursements for printing .................................................................................... | $ |
| Fees for witnesses (itemized on reverse) ............................................................................. | $ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case ................... | $ 640.29 |
| Docket fees under 28 U.S.C. § 1923 .................................................................................. | $ |
| Costs incident to taking of depositions ............................................................................... | $ 713.20 |
| Costs as shown on Mandate of appellate court..................................................................... | $ |
| Other costs [Please itemize] Attorneys' Fees - see Order Granting Defendant's Motion for Attorneys' Fees entered herein on 3-29-10, docket entry 67............................................................. | $ 50,625.00 |
| TOTAL | $ 51,978.49 |

### DECLARATION

I, Dennis D. Davis, attorney for Defendant Capital Alliance Institutional Mortgage Fund, LLC, declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

| Name and Address of Judgment Debtor |
|---|
| Plaintiffs Melinda Moore, James Thorsen, Garden of Memories Memorial Park, and Douglas Forzani <br> c/o Larry J. Lichtenegger, Esq. <br> 3850 Rio Road, #58 <br> Carmel, CA 93923 <br><br> Plaintiff-in-Intervention R. Todd Neilson, Chapter 11 Trustee of Cedar Funding, Inc. <br> c/o Cecily Dumas, Esq. <br> Friedman Dumas & Springwater LLP <br> 150 Spear Street, Suite 1600 <br> San Francisco, CA 94105 |

| **April 6, 2010** | **/s/ Dennis D. Davis** |
|---|---|
| Date | Signature of Attorney |

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ 51,978.49

Gloria L. Franklin

*Clerk of the Bankruptcy Court*

By: _____  4/9/10

*Date Deputy Clerk*

Carol A. Barnhill

B 263
9/94

| WITNESS FEES (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)**

"COSTS. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice; on motion served within five days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**

"ADDITIONAL TIME AFTER SERVICE BY MAIL. When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period."

**Rule 9021, incorporating Federal Rule of Civil Procedure 58**

"Entry of the judgment shall not be delayed . . . in order to tax costs."