EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):* | TEL NO.: |
|---|---|
| ☑ Recording requested by and return to:<br>Ravi D. Sahae (No. 276113)<br>Flynn Riley Bailey & Pasek, LLP<br>1010 "B" Street, Suite 200<br>San Rafael, CA 94901 | 415-461-1000 |

☑ ATTORNEY FOR ☑ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
280 South First Street, Room 3035
San Jose, CA 95113-3099

FOR RECORDER'S USE ONLY

PLAINTIFF: Melinda Moore, et al.

DEFENDANT: Capital Alliance Advisors, Inc., et al.

| ABSTRACT OF JUDGMENT ☐ Amended | CASE NUMBER: 08-52709<br>ADV 08-05309 |
|---|---|

1. The ☑ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ```
      Melinda Moore
      c/o Larry J. Lichtenegger
      3850 Rio Road, #58
      Carmel, CA 93923
      ```
   b. Driver's license No. and state: ☑ Unknown
   c. Social security No.: ☑ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: Melinda Moore c/o Larry J. Lichtenegger 3850 Rio Road, #58   Carmel, CA 93923
   e. ☐ Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:
   f. ☑ Information on additional judgment debtors is shown on page two.

FOR COURT USE ONLY

**FILED**

AUG 0 1 2014

CLERK
United States Bankruptcy Court
San Jose, California

Date: July 10, 2014
Ravi D. Sahae
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☑ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor *(name and address)*:
   Capital Alliance Institutional Mortgage Fund, LLP
   100 Pine Street, Suite 2450   San Francisco, CA 94111
4. Judgment debtor *(full name as it appears in judgment)*:
   Melinda Moore; additional debtors' names on next page

6. Total amount of judgment as entered or last renewed:
   $ 51,978.49
7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

5. a. Judgment entered on *(date)*: December 22, 2009
   b. Renewal entered on *(date)*:
   This abstract issued on *(date)*:
   **AUG 0 1 2014**

8. A stay of enforcement has
   a. ☑ not been ordered by the court.
   b. ☐ been ordered by the court effective until *(date)*:
9. ☐ This judgment is an installment judgment.

EDWARD J. EMMONS
Clerk, by *Madilyn Ch—*, Deputy

[SEAL: UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA]

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| PLAINTIFF: Melinda Moore, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Capital Alliance Advisors, Inc., et al. | 08-05309 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Garden of Memories Memorial Park
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

11. Name and last known address

James R. Thorsen
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

12. Name and last known address

Douglas N. Forzani
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ☑ Unknown
Social security No.: ☑ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

13. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT
(CIVIL)**

Page 2 of 2