EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*: | TEL NO.: |
|---|---|
| [✓] Recording requested by and return to:<br>Ravi D. Sahae (No. 276113)<br>Flynn Riley Bailey & Pasek, LLP<br>1010 "B" Street, Suite 200<br>San Rafael, CA 94901 | 415-461-1000 |

[✓] ATTORNEY FOR  [✓] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
280 South First Street, Room 3035
San Jose, CA 95113-3099

FOR RECORDER'S USE ONLY

PLAINTIFF: Melinda Moore, et al.

DEFENDANT: Capital Alliance Advisors, Inc., et al.

**ABSTRACT OF JUDGMENT**  [ ] Amended

CASE NUMBER: 08-52709
ADV 08-05309

FOR COURT USE ONLY

1. The [✓] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
       Name and last known address
       Melinda Moore
       c/o Larry J. Lichtenegger
       3850 Rio Road, #58
       Carmel, CA 93923

   b. Driver's license No. and state: [✓] Unknown
   c. Social security No.: [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*: Melinda Moore c/o Larry J. Lichtenegger
      3850 Rio Road, #58   Carmel, CA 93923
   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:
   f. [✓] Information on additional judgment debtors is shown on page two.

**FILED**
AUG 0 1 2014
CLERK
United States Bankruptcy Court
San Jose, California

Date: July 10, 2014
Ravi D. Sahae
*(TYPE OR PRINT NAME)*

▶ *(SIGNATURE OF APPLICANT OR ATTORNEY)*

2. a. [✓] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address)*:
   Capital Alliance Institutional Mortgage Fund, LLP
   100 Pine Street, Suite 2450   San Francisco, CA 94111
4. Judgment debtor *(full name as it appears in judgment)*:
   Melinda Moore; additional debtors' names on next page
5. a. Judgment entered on *(date)*: December 22, 2009
   b. Renewal entered on *(date)*:
   This abstract issued on *(date)*: AUG 0 1 2014

6. Total amount of judgment as entered or last renewed:
   $ 51,978.49
7. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

8. A stay of enforcement has
   a. [✓] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date)*:
9. [ ] This judgment is an installment judgment.

EDWARD J. EMMONS
Clerk, by _Madilyn Chi_____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 (Rev. January 1, 2008)

**ABSTRACT OF JUDGMENT**
**(CIVIL)**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

Case: 08-05309   Doc# 74   Filed: 08/01/14   Entered: 08/04/14 15:38:18   Page 1 of 2

| PLAINTIFF: Melinda Moore, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Capital Alliance Advisors, Inc., et al. | 08-05309 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. **Name and last known address**

Garden of Memories Memorial Park
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

11. **Name and last known address**

James R. Thorsen
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

12. **Name and last known address**

Douglas N. Forzani
c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):

c/o Larry J. Lichtenegger
3850 Rio Road, #58
Carmel, CA 93923

13. **Name and last known address**

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

14. **Name and last known address**

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

15. **Name and last known address**

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

16. **Name and last known address**

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

17. **Name and last known address**

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

Case: 08-05309    Doc# 74    Filed: 08/01/14    Entered: 08/04/14 15:38:18    Page 2 of 2